## SECOND DEPARTMENT, JULY TERM, 1891.

In the Matter of the Estate of Adolphus F. Ockershausen, Deceased.— Order of surrogate reversed, with costs and disbursements. Opinion by Barnard, P. J.

Thomas Kitson, Respondent, v. Sarah F. Blake. Appellant.— Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Thomas Kitson, Respondent, v. Frederick D. Blake, Appellant.— Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Rafael Pentlarge, Respondent, v. George B. Eddy, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Theophilus D. Olena v. Austin Huntington — Judgment affirmed, with costs. Opinion by Dykman, J.

Mary E. Sanger and others, Appellants, v. John C. Merritt, Respondent.— Judgment affirmed, with costs. Opinion by Pratt, J.

Matter of E. B. Long.— Motion for retaxation denied, with costs. Opinion by Pratt, J.

Matter of Citizens' Water-works Company.— Motion denied, with ten dollars costs. Opinion by Dykman, J. ; Barnard, P. J., not sitting.

Andrew J. Dexter, Respondent, v. William Ivins and others, Appellants.— Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Lizzie Euggren, Respondent, v. Christian J. Prinz, Appellant.— Judgment of County Court affirmed, with costs. Opinion by Barnard, P. J.

Herman Weiler v. Dominick P. Sweeney.— Order affirmed for non service of papers on appeal, with costs.

Elie Weill and others, Appellants, v. Joseph Malone and another, Respondents.— Order reversed, with costs and disbursements. Opinion by Barnard, P. J.

The People of the State of New York, Respondent, v. Henry E. Kane and William Ford, Appellants. — Conviction and judgment affirmed. Opinion by Dykman, J.

Bruce Van Tassell, Respondent, v. Manhattan Eye and Ear Hospital, Appellant.— Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J. ; Dykman, J. not sitting.

John McBride, Respondent, v. The Orange County Railroad Company, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J. ; Barnard, P. J., not sitting.

Harriet S. Rumsey and others, Respondents, v. The New York and New England Railroad Company, Appellant.— Judgment affirmed, with costs. Opinion by Dykman, J. ; Barnard, P. J., not sitting.

John Donnelly v. Edward J. Woolsey.— Motion denied, with ten dollars costs. Opinion by Barnard, P. J.

Leman C. Miner, Jr., Respondent, v. Bernhard Baron and another, Appellants.— Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

James R. Wright, Respondent, v. Guillaume A. Reusens, Appellant.— Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

James R. Wright v. Guillaume A. Reusens.— Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

In the Matter of the Application of William Shay, Appellant, for a Writ of Mandamus against the Trustees of the New York and Brooklyn Bridge, Respondents. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Dykman, J., not sitting.

Michael Malone, Appellant, v. Gussie Knowlton,

Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Oscar G. Brian, Respondent, v. Solomon Mead, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Joseph H. Colyer v. Mary L. Williams.— Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

Eleanor J. Mattice, Respondent, v. Richard B. Mattice and another, Appellants — Order affirmed for non-service of printed papers according to order.

Jeronemus S. Underhill, Respondent, v. Samuel Collins, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Joseph Woermann, Respondent, v. Berend Baas, Appellant.— Order affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

James E. Hartwick, Respondent, v. John McGinnis and another, Appellants. — Judgment affirmed, with costs. Opinion by Dykman, J.

Matter of John Petterson.— Motion to remove John Petterson, as justice of the peace, denied. Opinion by Barnard, P. J.

In the Matter of Estate of Seth Whitney.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

John E. Breichbeil, as Overseer, etc., Appellant, v. George H. Powles and another, Respondents.— Order granting a new trial affirmed, without costs. Opinion by Pratt, J.

Aaron B. Sares, Respondent, v. John W. Matthews, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.

Charles J. Quinby, Respondent, v John Claflin and others, Appellants.— Order refusing costs and order refusing an allowance affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

The People of the State of New York *ex rel.* Charles V. Morgan, Respondent, v. The Board of Supervisors of Westchester County, Appellant. — Order granting *mandamus* affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

The People of the State of New York *ex rel.* Charles V. Morgan, Respondent, v. The Board of Supervisors of Westchester County, Appellant.— Judgment and order refusing to vacate or modify same affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Aloys Steffen, Respondent, v. Frank Schaefer and another, Appellants. — Order striking out certain defenses reversed, with costs and disbursements and motion denied, with costs. Opinion by Dykman, J.

Matter of Petition of Francis Marvin, a Taxpayer.

Matter of Petition of Richard S. Tuthill, a Taxpayer.

Matter of Petition of Samuel D. Roberson, a Taxpayer. — Order substituting County Treasurer Murray in the place of his predecessor in office affirmed, with costs. Opinion by Barnard, P. J.

Francis Larkin, Respondent, v. Barbara Brouty, Appellant. — Order denying resale reversed, and a resale ordered. Opinion by Dykman, J.

In the Matter of Probate of Will of Julia Portingall. — Decree of surrogate affirmed, with costs. Opinion by Barnard, P. J.

In the Matter of Estate of Eliza Stringer.— Decree of surrogate reversed, with costs to abide event, and proceedings remitted. Opinion by Barnard, P. J.; Dykman, J., not sitting.

In the Matter of the Estate of Harry E. Dodge,